IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBIE MOORE,<br><br>        Plaintiff,<br><br>v.<br><br>UNION NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 2:23-cv-04561<br><br>DISTRICT JUDGE<br>JAY C. ZANEY<br><br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO PLEAD

In accordance with Local Rule 7.8 of this Court, Defendant, Union National Fire Insurance Company ("Union National"), improperly named as Union National Life Insurance Company, files this Unopposed Motion for Extension of Time to Plead ("Motion"). In support thereof, Union National states as follows:

Plaintiff filed his Complaint for Damages in this Court on August 27, 2023. On September 27, 2023, Plaintiff served the summons and Complaint upon Union National. Under Fed. R. Civ. P. 12, Union National's deadline to respond to the Complaint is October 18, 2023, 21 days after service of the Complaint.

Union National is still reviewing the allegation of the Complaint and investigating those allegations in order to prepare its responsive pleading. Therefore, Union National requests the 21-day extension of time to plead provided for in Local Rule 7.8, which would extend the deadline for responsive pleadings in this matter to November 8, 2023. Union National certifies that there have been no prior extensions granted by this Court and the Plaintiff has not filed an objection to

#101734584v1

the extension of time. Moreover, undersigned counsel certifies that he contacted counsel for Plaintiff, who does not oppose the granting of this Motion.

Wherefore, Defendant Union National prays that its Motion be granted, and the Court enter an Order extending its time to plead by a period of 21 days, up to and including November 8, 2023.

Dated: October 18, 2023.                           Respectfully submitted,

/s/ *Timothy P. Scanlan Jr.*
TYLER J. RENCH, T.A. (# 34049)
TIMOTHY P. SCANLAN, JR. (# 40039)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8623
Facsimile: (504) 589-8623
trench@joneswalker.com
timothyscanlan@joneswalker.com

and

TREY K. BARTHOLOMEW (# 39114)
Jones Walker LLP
445 North Blvd., Suite 800
Baton Rouge, Louisiana 70802
Telephone: (225) 248-2058
Facsimile: (225) 248-3158
tbartholomew@joneswalker.com

*Counsel for Defendant, Union National Fire Insurance Company*

#101734584v1