IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBIE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNION NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:23-cv-04561<br><br>DISTRICT JUDGE<br>JAY C. ZANEY<br><br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

## STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, Bobbie Moore, and Defendant, Union National Fire Insurance Company, improperly named as Union National Life Insurance Company, which jointly stipulate that this matter is voluntarily **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorney's fees.

Dated: December 21, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Mark Ladd* | */s/ Timothy P. Scanlan, Jr.* |
| MARK LADD | TYLER J. RENCH (La. Bar #34049) |
| Galindo Law Firm | TIMOTHY P. SCANLAN, JR. (# 40039) |
| 3850 North Causeway Blvd. Ste. 1520 | Jones Walker LLP |
| Metairie, Louisiana 70002 | 201 St. Charles Avenue, Suite 5100 |
| Telephone: (713) 228-3030 | New Orleans, Louisiana 70170-5100 |
| Facsimile: (718) 228-3003 | Telephone: (504) 582-8336 |
| chewa@galindolaw.com | Facsimile: (504) 589-8336 |
| hurricane@galindolaw.com | cgeary@joneswalker.com |
| | trench@joneswalker.com |
| *Counsel for Plaintiff, Bobbie Moore* | *Counsel for Defendant, Union National Fire Insurance Company* |

#101894449v1